UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION <br> PLAINTIFF(S) <br><br> v. <br><br> BEST BUY STORES, L.P., <br> DEFENDANT(S). | CASE NUMBER CV-99-05081 LGB (CTx) <br><br> NOTICE AND REQUEST OF SETTLEMENT PROCEDURE SELECTION |

Pursuant to Local Rule 23.3, the parties recommend that the Court approve the following settlement procedure:

☐ 23.5.1 - SETTLEMENT PROCEDURE NO. 1 - The parties shall appear before the *(check one):* ☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ 23.5.2 - SETTLEMENT PROCEDURE NO. 2 - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☒ 23.5.3 - SETTLEMENT PROCEDURE NO. 3 - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

☐ 23.5.4 - SETTLEMENT PROCEDURE NO. 4 - The parties shall appear before a district judge or magistrate judge selected at random from the Judicial Civil Settlement Panel for all further settlement proceedings.

Dated: September 21, 1999    By: _____
                                Attorney For Plaintiff

Dated: September 27, 1999   By: _____
                                Attorney For Plaintiff

Dated: _____       By: _____
                                Attorney For Defendant

Dated: _____       By: _____
                                Attorney For Defendant

**IT IS SO ORDERED**, the above request is:
  ☒ APPROVED
  ☐ DENIED; **IT IS FURTHER ORDERED** that the Settlement Procedure shall be as follows:

Dated: SEP 3 0 1999          _____
                              United States District Judge/ Magistrate Judge

Courtroom deputy to serve:
Attorney Settlement Officer Panel Coordinator
All counsel of record

ADR-I (9/98)          NOTICE AND REQUEST OF SETTLEMENT PROCEDURE SELECTION